ACCEPTED
04-15-00622-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/2/2015 10:48:18 AM
KEITH HOTTLE
CLERK

NO. 04-15-00622-CV
_____

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/2/2015 10:48:18 AM
KEITH E. HOTTLE
Clerk

_____

*IN RE IPSECURE, INC.,*

*Relator*

_____

*Original Proceeding Arising out of Cause No. 2014-CI-02257
in the 407th Judicial District Court, Bexar County, Texas
The Honorable Peter Sakai, Presiding*

_____

**MOTION FOR EMERGENCY TEMPORARY STAY OF
ORDER COMPELLING DISCOVERY BY OCTOBER 5, 2015**

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Relator IPService, Inc. files this Emergency Motion requesting a temporary stay of the trial court's Order on Plaintiff's Motion to Compel Answers to Discovery (Against Defendant IPSecure, Inc.) with regard to Requests for Production Nos. 1 and 7 pending resolution of this proceeding. **The order, which was signed October 2, 2015, requires Relator to comply by October 5, 2015.** Emergency relief is necessary to preserve this Court's jurisdiction to decide important questions raised in Relator's Petition for Writ of Mandamus regarding whether the trial court clearly

abused its discretion by ordering Relator to respond to requests for production that seek irrelevant information as well as documents containing confidential, private, trade secret, and proprietary business information.

## I.

Relator seeks issuance of a writ of mandamus to compel the Honorable Peter Sakai, Judge of 225th District Court, Bexar County, Texas, to vacate his Order on Plaintiff's Motion to Compel Answers to Discovery (Against Defendant IPSecure, Inc.), which was signed on October 2, 2015. *MR 229.*

## II.

As demonstrated in Relator's Petition for Writ of Mandamus, the trial court clearly abused its discretion by ordering Relator to respond to Requests for Production Nos. 1 and 7, which seek irrelevant information as well as documents containing confidential, private, trade secret, and proprietary business information.

## III.

Furthermore, appeal following resolution of the remaining claims would not provide an adequate remedy, because a discovery order that compels production of privileged or confidential information that will

materially affect the rights of the aggrieved party. *Walker v. Packer*, 827 S.W.2d 833, 843 (Tex. 1992) (orig. proceeding).

## IV.

Relator has filed its mandamus petition as expeditiously as possible – the same day that the trial court signed the order that is the subject of this proceeding. Therefore, to preserve this Court's jurisdiction, Relator respectfully requests that the Court stay the order compelling discovery so that it can consider the merits of Relator's Petition for Writ of Mandamus filed concurrently with this Motion.

For these reasons, Relator respectfully requests that this Court issue a stay that prevents enforcement of the Order on Plaintiff's Motion to Compel Answers to Discovery (Against Defendant IPSecure, Inc.) as to Requests for Production Nos. 1 and 7, pending the Court's action on Relator's Petition for Writ of Mandamus. Relator further prays for such other relief, at law or in equity, to which it may be entitled.

Respectfully submitted,

DAVIS, CEDILLO & MENDOZA, INC.  HOUSTON DUNN, PLLC
Ronald E. Mendoza                Nissa M. Dunn
State Bar No. 13937700           State Bar No. 14766450
Ryan J. Tucker                   Samuel V. Houston, III
State Bar No. 24033407           State Bar No. 24041135
755 E. Mulberry Avenue, Suite 500  4040 Broadway, Suite 440
San Antonio, Texas 78212         San Antonio, Texas 78209
(210) 822-6666 – Telephone       (210) 775-0880 - Telephone
(210) 822-1151 – Telecopier      (210) 826-0075 – Telecopier
rmendoza@lawdcm.com              nissa@hdappeals.com
rtucker@lawdcm.com


By */s/ Nissa M. Dunn*
Nissa M. Dunn

ATTORNEYS FOR RELATOR
IPSECURE, INC.


## CERTIFICATE OF COMPLIANCE AND CONFERENCE

I certify that under Texas Rule of Appellate Procedure 52.10, I attempted to confer with Ms. Mary J. Ibarra-Myers and Mr. Roger Bresnahan, counsel for Real Party in Interest, by telephone on October 2, 2015 regarding this motion for emergency relief. I was unable to speak with either Ms. Ibarra-Myers or Mr. Bresnahan, but I did leave voice mail messages explaining that that Relator would be filing this motion seeking emergency temporary relief as set out in this motion.


*/s/ Ryan J. Tucker*
Ryan J. Tucker

4

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Emergency Temporary Stay was served on the 2nd day of October 2015, by electronic service and/or e-mail on:

Scott A. Farrimond
Roger G. Bresnahan
Mary J. Ibarra-Myers
130 E. Travis Street, Suite 350
San Antonio, Texas 78205
sfarrimond@fcbtxlaw.com
rbresnahan@fcbtxlaw.com
mibarra@fcbtxlaw.com

*Attorneys for Plaintiff/Real Party in Interest*

Robert Ramirez
8535 Wurzbach, Suite 101
The Galaxy II Bldg.
San Antonio, Texas 78240
rramirezjpd@sbcglobal.net

*Attorney for Defendant Jesse A. Rodriguez*

**By U.S. Mail only:**

The Honorable Peter Sakai
225th Judicial District Court
Bexar County Courthouse
100 Dolorosa, Suite 210
San Antonio, Texas 78205

*Respondent*

/s/ Nissa M. Dunn
Nissa M. Dunn